IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM H. GOSSETT, III                                               PLAINTIFF

V.                          NO. 4:18CV00740 BRW/PSH

SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

The Commissioner's decision is AFFIRMED, and Plaintiff William H. Gossett's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of August, 2019.

                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE