IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM H. GOSSETT, III                                                      PLAINTIFF

V.                        NO. 4:18CV00740 BRW/PSH

SOCIAL SECURITY ADMINISTRATION                                               DEFENDANT

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 6th day of August, 2019.


                                         Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE